UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William M. Collins, II,

    Plaintiff,

v.                                                                Case No.  14-12031

Commissioner of Social                                 Honorable Sean F. Cox
Security,

    Defendant.
_____/

## ORDER ADOPTING
## 7/24/15  REPORT AND RECOMMENDATION

    Plaintiff filed this action under 42 U.S.C. § 405(g), challenging a final decision of the Commissioner of Social Security denying his application for disability benefits.  The matter was referred to Magistrate Judge Anthony Patti for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).   Thereafter, the parties filed motions for summary judgment.

    On July 24, 2015, Magistrate Judge Patti issued a Report and Recommendation ("R&R") (Docket Entry No. 22) wherein he recommends that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's decision.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the July 24, 2015 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.


Dated:  August 14, 2015                                S/ Sean F. Cox
                                                       Sean F. Cox
                                                       U. S. District Judge


I hereby certify that on August 14, 2015, the foregoing document was served on counsel of record via electronic means and upon William M. Collins, II via First Class mail at the address below:

William M Collins, II
18891 Rainbow Drive
Lathrup Village, MI 48076

                                                       S/ J. McCoy
                                                       Case Manager